Case No: ______ Inmate Name: Jay Chris Olson
Date: 8-12-20 Inmate IDOC#: 36709
Document Title: Prisoner Civil Rights Complaint/Request Jury Trial
Total Pages: 15 Inmate Initials Verifying Page Count: JCO
Document(s) ____ of ____

Inmate name Jay Chris Olson
IDOC No. 36709
Address ISCI - Med Annex 73A P.O. Box 14
Boise, Idaho 83707

plaintiff / Petitioner: Pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Jay Chris Olson,<br>Plaintiff,<br>vs.<br>Idaho Department of Corrections, Medical Corizon & Security Staff Named And Unnamed Individuals In Their Official And Individual Capacity<br>Defendant(s). | Case No. ______<br><br>PRISONERS CIVIL RIGHTS COMPLAINT · REQUEST FOR JURY TRIAL |

Comes now, Jay Chris Olson, Plaintiff in the above entitled matter and moves this Honorable Court to grant Plaintiff Motion for Appointment of Counsel for the reason(s) set forth herein and in the Affidavit in Support of Motion for Appointment of Counsel.

1. Plaintiff is currently incarcerated within the Idaho Department of Corrections under direct care, custody and control of Warden Al Ramirez, Warden of the Idaho State Correctional Institution in Kuna, Idaho,

2. Plaintiff has insufficient funds to hire counceit and wishes to have open communication with an adequate legal representative to guide him to proceed Pro se to represent himself in this case. He is not an attorney by no means and is very limited in his knowledge of legal matters.

INTRODUCTION

(i). This is a civil action where plaintiff seeks declaration and injuncture relief as well as monetary and punitive damages; under 42 U.S.C. § 1983, for violation of the Eighth Amendment of the U.S. Constitution as a result of the deliberate indifference of the defendants named herein to the "unnecessary and wanton infliction of pain and suffering." Plaintiff asserts that defendants have been made aware of his serious medical concerns and have not responsibly taken adequate measures to address these issues or why they were inflicted upon him. Based on the clear and convincing evidence to follow, defendants need to be held accountable for their neglect and negligence in this case.

JURISDICTION AND VENUE

(2) a. Plaintiff brings this action pursuant to 42 U.S.C, §

1983 and the Eighth Amendment of the United States Constitution.

b. Venue is appropriate in this district pursuant to 28 U.S.C. § 1391 (b).

PARTIES

(3). Plaintiff, is an adult individual at the Idaho State Correctional Institution (ISCI), located at P.O. Box 14, Boise, Idaho. 83707. Plaintiff, "Olson" sues for declatory and injunctive relief and for monetary and punitive damages on the behalf of himself for the deliberate indifference by defendants for cruel and unusual punishment, refusal to obtain proper medical diagnosis and provide adequate medical treatment for his serious medical condition and for their discriminatory and unconstitutional policy and practice to deny plaintiff adequate treatment for serious injuries and bodily harm possibly to a terminal ending and severe pain and suffering.

(4) Defendant(s), "Rebekkah, Haggard," is employed by Corizon Medical Services (CMS) as an on-site MD at the Idaho State Correctional Institution facility. Defendant "Haggard," is being sued in her official capacity[①] and is listed as a primary defendant in this action. Defendant is responsible for overseeing all aspects of seeing all off-site medical treatment by any specialists. Her failing to provide this necessary visitation has prolonged pain and suffering to the plaintiff lengthening his internal damages. Defendant

① and in her individual capacity.

"Haggard," has acted under and continues acting under color of law, customs and policies with respect to her failure to provide constitutionally adequate treatment to the plaintiff. For the purpose of this action defendant "Haggard's" address is: Idaho State Correctional Institution, 13500 Pleasant Valley Road, Kuna, Idaho. 83634.

(5) Defendant(s), Corizon Medical Service by contract is the medical health providers for Idaho Department of Corrections, specifically at Idaho State Correctional Institution and is being sued in their official capacity and is named as secondary defendants in this motion. Defendant(s) Corizon Medical Services has acted and continues to act under color of law, customs and policies with respect to their failure and refusal to take adequate actions in medical treatment due to their ignorance of facts or personal opinions to what should be their responsibility as medical professionals and treatment to the plaintiff. Defendant Corizon's Corporate address is: 107 Powell Ct., Brentwood, TN. 37027.

(6) Defendant "Rona Siegert," is an employee of Idaho State Correctional Institution, Department of Corrections and functions as the Medical Health Director FT NT ② and is being sued in her official capacity FT NT ③ and is being named as additional defendants along with additional named and unnamed medical and security employee's that have proved to be inadequately capable of their employment duties and ability to be honest. Listed in the list of defendants sheet, in this action. Defendants have acted and continues to act

FT NT ② "i.e. "Contract Monitor"
FT NT ③ "and in her individual capacity."

under color of law, customs and policies with respect of failure to provide medical testing, services and treatment by professionally trained staff with knowledge of my current condition. Corizon Medical Officials have not provided plaintiff with legitimate and adequate treatment or letting involved employee's know of his current medical and mental state resulting in abuse, assault, cruel and unusual punishment by security staff at the Idaho State Correctional Institution. For the purposes of this action defendant "Siegert's" address is: I.D.O.C. 1299 North Orchard St., Boise, Idaho. 83706.

## STATEMENT OF FACTS

(7) Plaintiff is a state inmate under the custody and care of the Idaho Department of Corrections, currently housed in the Idaho State Correctional Institution where he is serving a sentence for a felony D.U.I. conviction

I, Jay Chris Olson, am making this open statement to be available should anything happen that I should not be able to present it in a future court setting and my spouse or family move forward with this lawsuit against the state of Idaho, Department of Corrections, Corizon Medical Services and all named and unnamed individuals involved to seek justice and all costs and damages awarded to them for their loss and pain and suffering on my part. FT NT ④ Listed in list of living advocates of plaintiff.

On January 27, 2020, I was taken by special transport

FT NT ④ "due to the deliberate indifference and unlawful assaultive treatment against the Plaintiff/Petitioner (criminal in nature).

from the Portneuf Medical Center in Pocatello, Idaho, to the Idaho State Correctional Institution medical infirmary. They didn't keep me in the medical facility like specialist in Pocatello advised, but just over night and released me to regular population the following morning in RDU, Unit 15, 1-28-20, where I was only medically monitored moderately and I had several episodes of seizures and amonia on the brain attacks caused by my terminal liver issues and was taken to the infirmary several times and the emergency room at St. Lukes once.

On 3-11-20, around 12:00 a.m. noon, I was taken to the infirmary where a female nurse I believe to be the (FN) Director of Nursing, "Gen Brewer," and an unknown male nurse forced me to take 510 ml. of lactalose or threatened with anal obtrusion. I took 510 ml. in a period of 24 hours causing severe diarrhea. I took it in 5 - 90 ml. doses, and 2 - 30 ml. doses. I was not even aware of my surroundings or even my name when I arrived on 3-11-20. I tried to refuse the last 150 ml. of lactalose and was forced by the two nurses mentioned above. After I took the last dose of lactalose a gaurd came and had me sign a inventory paper of my property and I was still too confused to even read it. Then nurse, "Brewer," said I was about ready to be moved and I was constantly going to the restroom where there were 3 other inmates present. Then nurse Brewer came back while I was on the toilet and said he was there to get me and after I was done on the toilet I slowly walked out of room #1 to the nurses desk and seen the infirmary gaurd and another officer on the phone and I told the male nurse that I needed a wheel-chair and he asked what for and I said I would mess myself

(FN (a)) Nurse Brewer D.O.N. was not the infirmary nurse quoted, it was Health Services Administrator, Tonya McMillian.

and he smirked and the gaurd hung up the phone and asked the nurse that was on the computer what the problem was and he, told "Sgt. Gould," what I had told him and they both smirked and "Sgt. Gould," asked the nurse if I had a wheelchair memo and he replied he didn't think so and I started to panic because I knew what would happen if I was forced to walk and I blurted out that I do fucking too and "Sgt. Gould," told me to watch my mouth or he would put me somewhere I didn't want to be and I said I had a freedom of speach right and he said we would talk about that and motioned with his hand for me to walk when diarrhea hit me really bad and I twisted to run to room #2, where I knew there was a toilet and I only made it one step and had to pull my pants down and I deficated on the floor instead of my pants and part of the whole issue could of been settled right there if the male nurse would of looked on the computer in front of him to find my memo. He didn't and "Sgt. Gould," pointed to room #2, and called me a "mother fucker" and told me to get my hands on the fucking wall, get my hands on the fucking wall now and I ran to room #2, seeing both gaurds and the male nurse behind the nurses station and an unknown infirmary gaurd at his desk behind the opposite side of the hall. When I ran past the end of the hall to room #2, I seen nurse "Jules" FTNT⑤ and nurse "Brewer," and (2) inmates to my left and right when I ran into room #2, and to the toilet where I sat down on the toilet and before I could wipe, "Sgt. Gould," maced me through the crack of the door in the face and I am unsure if "Sgt. Gould," yanked me

FTNT⑤ this female nurses name is "Julie Savell."

off of the toilet onto the floor or if I layed on the floor and he handcuffed me. I never put up any resistance at any time. My vision came back a little when he pushed me out of room #2 and I again seen the 3 nurses, (1) gaurd, and (2) inmates still where they were when I ran into room #2, and "Sgt. Gould" pushed me out of the medical unit without my wheelchair and on the way to Unit-8, (The Hole) I messed myself 3 times in front of the gym and a lot of inmates watching, I was totally humiliated and dehumanized. At unit-8, I was taken to A-4 cell, thrown to the floor and my clothes were cut off of me and I was left naked in the cell. I was completely senseless in my thoughts and was kind of glad I was alone. I tried to figure out what exactly happened and what was going to happen next. I have never been violent, and I knew what I did on the infirmary floor, but I couldn't grasp how everything went so wrong. There was several people came to my door and tried to talk to me and I wouldn't say much at all. I finally started to process thoughts and I was cold and naked and I knew where I was, even though I had never been locked in the hole before. A young gaurd came to my door and asked if I would talk to him and I said about what and he asked me to come to the door so I did. I thought he had asked if I wanted to go to Unit-16, to be with my friends and I said yes. He told me to turn around so he could cuff me and I said no, if I was just going there to be locked down I would stay there and I went and sat on the concrete bunk and then I

layed down and just let my mind run. I really didn't understand anything that happened and my face and body burned from the mace. I thought, well I will be in the hole for awhile, but I thought I was atleast at the end. How wrong, I heard a commotion outside my door and didn't think much about it and walked to the window that looked outside feeling sorry for myself and my door came open and before I could turn around I was grabbed very roughly and slammed into the metal wall cutting the left side of my face open and when he twisted my right arm behind me and up to my neck I smeared blood across the wall and almost taking me off my feet he spun me around to the ground slamming the right side of my face off the concrete bunk to the floor where I left a big puddle of blood and he repeatedly drove his knee into my back hurting my back and causing my damaged liver excruciating pain. Than he pulled me to my feet and I was cuffed and shackled, they wrapped a small towel around my waist and put a cloth mask over my face and pulled me backwards from Unit-8, to Unit-16, where Nurse "Jules", stood in the foyer and she cleaned my face up and said I needed sutures and I was asked if I would accept medical help and I replied that I didn't dare open my mouth or I would get in trouble and the riot squad leader said we will take that as a medical refusal and pulled me into Unit-16, and put me in a empty cell and abused me all over again and then left me naked in a big window cell for over 100-inmates to watch me, I was terrified, humiliated and felt like they treated me

like a wild animal. It was the worst thing I ever experienced. After a couple of hours I came to realize they had put me on suicide watch for some reason. I was left naked in the sell all night and the next morning a gaurd came to talk to me and he asked me what I had done to the "Sgt.", and I said I didn't do anything to him and he told me the "Sgt." FT NT (6) told him I had shit on him. I said I did not I deficated on the floor and he left and I finally got a suicide smock and then a female gaurd came and put me in cuffs in front and walked me back to Unit-8, very nicely. I was not understanding of their actions at all. I was taken back to A-4 FT NT (7) and visually I remembered the blood smeared across the wall and I had no idea why I was forced to Unit-16, other than to abuse me and humiliate me. They (Riot squad) video taped the whole thing from opening my cell to leaving me in Unit-16. I sat in the hole got loss of all privledges for 68 days and (23 points) on my classification over a medical disability and denied parole and keep getting denied medical testing and treatment. I am seeking justice and all my facts are on camera in infirmary halls, room # 1, and room # 2, and video tape to show my honesty and their dishonesty. Cameras and Video from 3-11-20, (12:00) a.m. noon, to 3-12-20, (6:00 P.M) or later. I am continuously being punished with very cruel and unusual punishment, medical negligence and severe pain and suffering.

FT NT (6) (ISCI) Seargeant, Gould...
FT NT (7) Cell A-4 in Unit-8 (The Hole)...

CAUSE OF ACTION

(8) Plaintiff alleges that named and unnamed defendants have not provided him with "reasonable adequate" medical care as provided for under the United States Constitution and have violated the plaintiffs' "Eighth Amendment" right to be free from unnecessary and wanton infliction of pain and suffering. Deliberate Indifferance has been shown by defendants abuse and denial of plaintiff to get proper testing and treatment by equiped medical professionals allowing plaintiff to suffer continuously day to day because of this neglect.

Plaintiffs' claim is based on being seriously injured at Idaho State Correctional Institution by "Sgt. Gould", and four riot team members resulting in an injured elbow, extensive back pain, possible terminal liver damage and major mental trauma with minimal or no medical treatment. Plaintiffs condition only seems to increase in pain and still only recieves minimal medical assistance and with his excruciating liver pain fears for his life. Liver damage unknown to date due to no testing to compare to prior tests. Plaintiff continues to put in health service requests and gets no action except providers refusing outside care and personal opinions of his actions by providers instead of medical advice or treatment. They treat medical issues by heresy instead of using facts.

Plaintiff keeps asking for medical care and to see an off-site specialist for testing and treatment to no avail. He has been repeatedly denied answers and it is all because of his past behavioral issues and past injuries which is far from the truth. Video tapes and camera's have recorded of every detail

of his statement to the best of his mental capacity. He also claims the past elbow injury they blame his elbow pain on was done 25 years ago and been healed 24 years. 9, months prior to the injury at ISCI he was working as a concrete form-setter / finisher with no pain. Now they have resorted to it is merely old age. He is not a young man, but still hires on and works with 20 year olds very adequately. Just repetitious negligence of medical knowledge of plaintiff's true condition.

In Durmer v. O'Carrol, 991 F. 2d 64, 68-69 (3rd Cir. 1993) the court held that, "that the delay for non-medical reasons could constitute deliberate indifference." Although not speciffically proven in this case, it can not be disputed that Corizon Medical Services has a checkered past for cutting corners to aid in health costs resulting in unconstitutional medical care. Plaintiff contends his case is a prime example in neglect and ignorance in Corizon employee's.

In this case defendants can not deny knowledge of the plaintiffs medical concerns or the cause thereof issuing the damages recieved at said time and place due to visual recording devices undertaking all proof of actions against him when it was unjustly taken upon him resulting in extreme personal injury, cruel and unusual punishment and delaying any type of remedy to attempt to exceed time limitations for legal actions. His Eighth Amendment right has been violated severely various times, assaulted with chemicals and physical abuse for no other apparent reason than "Sgt. Gould," acting under extreme anger over a medical issue the plaintiff can not control even to this day. He has tried all avenues for medical relief and denied every route taken.

In this case the plaintiff not only claims that the defendants were and continue to be negligent and abusive, but deliberately indifferent to his serious medical needs.

PREVIOUS OR PENDING LAWSUITS AND ADMINISTRATIVE RELIEF

(9) Plaintiff has followed all administive procedures, only to get undimensional answers to his concern forms and all grievances returned without answer due to Ecco Barney claiming SOP issues not pertaining to said issue, personal communications resulting in "Sgt. Gould" threatening him with further disciplinary actions for harrassment if he filled out any further paperwork towards him on this matter. He has recieved no answers or explanations to why any of this happened to him. Filing this litigation is his last resort to see any justice in this matter and case litigation.

PRAYER FOR RELIEF

(10) Wherefore, Plaintiff requests that this court grant him the following;

(A) For the named plaintiff, a declaratory judgement that defendants current policies and practice to delay and deny treatment indeed violates the Eighth Amendment of the United States Constitution and 42 U.S.C. § 1983.

(B) For the plaintiffs injunctive relief by ordering a specialist available by the defendants and provide proper treatment and/or operations to his severe liver damages and adequate aftercare

consistent with community standard of care.

(C) For the plaintiff, monetary damages in the amount of 2.5 Million Dollars U.S. Currency to be awarded for pain and suffering to a possible fatal ending.

(D) For the plaintiff, punitive damages in the amount of 2.5 Million Dollars U.S. Currency to be awarded for defendants negligence in allowing abuse and pain and suffering, mental torment in delay of medical treatment which could result in death.

(E) For the plaintiff, grant such other relief of all legal fees, relief of duty to those proven abusive beyond measure, dishonesty in their employment of the State of Idaho Judicial system, medical personel and all security members involved and/or should have involved to prevent or stop the cruel and and unusual treatment of an incarcerated individual who in no way could help his medical/mental capacities or use any means of self-protection and did not ever present an attitude of defense or violent behavior.

(F) For the plaintiff, please grant the named individuals authority to proceed with litigation in the total amount of 7.5 Million Dollars U.S. Currency in just cause I should become terminally ill unto death. These individuals are: "Sheri Faye Olson Jensen", of Pocatello (Daughter), and/or "Anna Irene -- McCray Olson", of Pocatello (Spouse (208-915-9236). Either of these, or both may stand in for me should I become deceased before said matter is resolved in this litigation.

(G) And any other relief that this Honorable Court would find to be just and equitable the circumstances involved in this matter.

DECLARATION UNDER PENALTY OF PERJURY

(ii) I, Jay Chris Olson, declare under penalty of perjury that the enclosed information is true and correct to the best of my memory and knowledge.

Dated this 12 day of August, 2020.

Jay Chris Olson

PRISONERS CIVIL RIGHTS COMPLAINT



Foot Note: Plaintiff/Petitioner reserves the right to amend this Petition shall it become necessary for any reason to be legally equitable.